## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSCHUSETTS
## EASTERN DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | |
| **DANIEL P. CAMARA** | ) | |
| | ) | |
| | ) | **Chapter 7** |
| **Debtor** | ) | **Case No. 14-11306** |
| | ) | |

## DEBTOR'S MOTION TO AMEND SCHEDULE F

The Debtor in the above captioned case hereby moves to amend his Schedule F

for those originally filed pursuant to Federal Rules of Bankruptcy Procedure, Rule 1009.

The Debtor
By his attorney,

/s/ Elton Watkins III
Elton Watkins III, BBO #517400
126A Pleasant Valley Street
Methuen, MA 01844
978-686-9823

April 1, 2014

B6F (Official Form 6F) (12/07)

In re **Daniel P. Camara**                                                                 Case No. _____
_____ ,
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. xxxxxxxx7873 **Bank of America** **4161 Piedmont Pkwy** **Greensboro, NC 27410** | - | | | 3/2009 **Consumer Purchases** | | | | 168.66 |
| Account No. xx5925 **Bartel Dental Center** **c/o American Profit Recovery** **34405 West 12 Mile Rd.** **Suite 379** **Farmington, MI 48331** | - | | | 4/2009 **Dental Services** | | | | 324.98 |
| Account No. xxxxxxx6623 **BMG Music Services** **2675 E Service Road** **Oklahoma City, OK 73135** | - | | | | | | | 174.00 |
| Account No. **Boch New to You** **1201 Boston Providence Turnpike** **Norwood, MA 02062** | - | | | 2008 | | | | 8,902.06 |
| | | | | | | Subtotal (Total of this page) | | 9,569.70 |

__7__   continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.

In re  **Daniel P. Camara**                                                Case No. _____

_____
                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxXXXX<br><br>Chase<br>PO Box 901076<br>Fort Worth, TX 76101 | | - | 1/2006<br>Automobile loan | | | | 26,596.00 |
| Account No. xxxxxxx0XXX<br><br>Chase Bank USA, NA<br>201 N. Walnut Street/ DE1-1027<br>Wilmington, DE 19801 | | - | Consumer Purchases | | | | 5,951.00 |
| Account No. xxxx4516<br><br>Collection<br>10550 Deerwood Park Blvd<br>Jacksonville, FL 32256 | | H | Opened 8/01/12<br>Collection Attorney Collection | | | | 525.00 |
| Account No. xxxxxxxxxxxx3083<br><br>Collection<br>30 Massachusetts Ave<br>North Andover, MA 01845 | | H | Opened 7/01/12<br>Collection Attorney Collection | | | | 63.00 |
| Account No. xxx-xxx-005-5<br><br>Columbia Gas of Massachusetts<br>PO Box 742514<br>Cincinnati, OH 45274 | | - | 2/2014<br>Utilities | | | | 350.00 |

Sheet no. __1__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                          **33,485.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Daniel P. Camara**                                    Case No. _____

_____,
                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. xxD686<br><br>Commerce Insurance<br>211 Main Street<br>Webster, MA 01570 | - | | | 5/2009<br>Insurance | | | | 128.00 |
| Account No.<br><br>Culik Law PC<br>18 Commerce Way<br>#2850<br>Woburn, MA 01801 | - | | | Legal Services | | | | 20,000.00 |
| Account No. xxxxxxxxxxxxxxx4050<br><br>Dell Financial Services<br>Dell Financial Services Attn:<br>Bankrupcty<br>Po Box 81577<br>Austin, TX 78708 | H | | | Opened 11/01/05  Last Active  1/29/08<br>Charge Account | | | | 3,900.00 |
| Account No. xxxxxxxxXXXX<br><br>Discover Financial<br>P.O. Box 15316<br>Wilmington, DE 19850 | - | | | 8/2006<br>Consumer Purchases | | | | 4,922.00 |
| Account No. xxxxxxxxxxxx3544<br><br>GECRB/Lowes Pc<br>Attn:Bankruptcy<br>Po Box 103104<br>Roswell, GA 30076 | H | | | Opened  2/06/08  Last Active  1/09/09<br>Check Credit Or Line Of Credit | | | | 2,876.00 |

Sheet no. **2** of **7** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 31,826.00

B6F (Official Form 6F) (12/07) - Cont.

In re __Daniel P. Camara_____,      Case No. _____

Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | |
| Account No. xxxxxxxx2783 | | | | | Consumer Purchases | | | | |
| HSBC BANK PO BOX 52530 Schaumburg, IL 60196 | | - | | | | | | | 1,231.00 |
| Account No. xx-xxx_1082 | | | | | Legal services | | | | |
| Johnson and Pham 6355 Topanga Canyon Boulevard Woodland Hills, CA 91367 | | - | | | | | | | Unknown |
| Account No. xxxxxxXXXX | | | | | 2/2008 Consumer purchases | | | | |
| Kay Jewelers 375 Ghent Road Akron, OH 44333 | | - | | | | | | | 6,750.00 |
| Account No. | | | | | Consumer purchases | | | | |
| LVNV Funding LLC PO Box 740281 Houston, TX 77274 | | - | | | | | | | 5,324.23 |
| Account No. xx5047 | | | | | 1/2012 | | | | |
| Medical Security Program PO Box 859251 Braintree, MA 02185 | | - | | | | | | | 360.00 |

Sheet no. _3__ of _7___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        13,665.23

B6F (Official Form 6F) (12/07) - Cont.

In re  **Daniel P. Camara**                                          Case No. _____
_____
Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | |
| Account No. xxxxx4044 <br><br> **National Grid** <br> **Customer Service Center** <br> **PO Box 960** <br> **Northborough, MA 01532-0960** | - | | | | 09/2008 <br> **Utilities** | | | | 12.23 |
| Account No. xxxxxx5.001 <br><br> **New England Tech** <br> **2500 Post Road** <br> **Warwick, RI 02886** | - | | | | 12/2007 <br> **Loan** | | | | 6,000.00 |
| Account No. xxxxxxxxxxxx3544 <br><br> **Portfolio Recovery** <br> **Attn: Bankruptcy** <br> **Po Box 41067** <br> **Norfolk, VA 23541** | H | | | | Opened  7/01/09 <br> **Factoring Company Account Collection** | | | | 2,877.00 |
| Account No. xxxxxxxxxxxx0606 <br><br> **Portfolio Recovery** <br> **Attn: Bankruptcy** <br> **Po Box 41067** <br> **Norfolk, VA 23541** | H | | | | Opened  1/01/09 <br> **Factoring Company Account Collection** | | | | 1,700.00 |
| Account No. xxxx5055 <br><br> **Premier Credit** <br> **PO Box 19309** <br> **Indianapolis, IN 46219** | - | | | | | | | | 21,983.38 |

Sheet no. __4__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

32,572.61

B6F (Official Form 6F) (12/07) - Cont.

In re  **Daniel P. Camara**                              Case No. _____

                                     Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. xxxxx1464 | | | | | | | | |
| RMS PO Box 20543 Lehigh Valley, PA 18002 | - | | | | | | | 168.56 |
| Account No. xxxxxxx0007 | | | | 4/2009 Medical Services | | | | |
| Ryan Welter MD 675 Paramount Drive Raynham, MA 02767 | - | | | | | | | 147.00 |
| Account No. | | | | | | | | |
| Safe Home Security c/o Frank J. Maier 500 Main Street Suite 580 Worcester, MA 01608 | - | | | | | | | 2,259.04 |
| Account No. xxxxxxxxxxxxXXXX | | | | 6/2005 Auto Loan | | | | |
| Santander Bank 865 Brook Street Rocky Hill, CT 06067 | - | | | | | | | 19,103.00 |
| Account No. xxxxxxxxxxxx5277 | | H | | Opened 2/01/08 Last Active 3/30/08 Credit Card | | | | |
| Sears/cbna Po Box 6282 Sioux Falls, SD 57117 | | | | | | | | 5,199.00 |

Sheet no. __5__ of __7__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **26,876.60**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Daniel P. Camara**                                             Case No. _____

_____
                        Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | |
| Account No. xxxxxxxxxxxx0119<br><br>Sears/cbna<br>Po Box 6189<br>Sioux Falls, SD 57117 | | H | Opened 12/01/07 Last Active 3/30/08<br>Charge Account | | | | 3,042.00 |
| Account No. xxxx2505<br><br>Taunton Municipal Light Plant<br>PO Box 870<br>Taunton, MA 02780 | | - | Utilities | | | | 338.79 |
| Account No. xxxxxx2367<br><br>Taunton Radiology Associates<br>PO Box 9137<br>Brookline, MA 02446 | | - | 6/2008<br>Medical Services | | | | 157.00 |
| Account No. xx2641<br><br>Taunton Water Department<br>15 Summer Street<br>Taunton, MA 02780 | | - | 03-2009<br>Utilities | | | | 4,000.00 |
| Account No.<br><br>The Lawn Doctor<br>367 West Main Street<br>Northborough, MA 01532 | | - | Landscaping services | | | | 400.00 |

Sheet no. __6__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    7,937.79

B6F (Official Form 6F) (12/07) - Cont.

In re   **Daniel P. Camara**                                              Case No. _____
                                    _____,
                                              Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxx9396<br><br>**Tiger Gld Cd**<br>**Po Box 94498**<br>**Las Vegas, NV 89193** | | H | Opened 2/01/08 Last Active 4/20/10<br>Charge Account | | | | 2,615.00 |
| Account No. xxxxxx8984<br><br>**Weisfield Jewelers/Sterling Jewelers Inc**<br>**Attn: Bankruptcy**<br>**Po Box 1799**<br>**Akron, OH 44309** | | H | Opened 2/01/08 Last Active 1/01/57<br>Charge Account | | | | 6,600.00 |
| Account No. xxxxxxx6223<br><br>**Wells Fargo Home Mortgage**<br>**7495 New Horizon Way**<br>**Frederick, MD 21703** | | - | Second Mortgage | | | | 80,000.00 |
| Account No. xxxxx9XXX<br><br>**Wells Fargo National Bank**<br>**PO Box 94498**<br>**Las Vegas, NV 89193** | | - | 2/2008<br>Consumer Purchases | | | | 2,615.00 |
| Account No. | | | | | | | |

Sheet no. **7** of **7** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 91,830.00 |
| Total (Report on Summary of Schedules) | 247,762.93 |

Best Case Bankruptcy

United States Bankruptcy Court
District of Massachusetts

In re    Daniel P. Camara

| | | |
|---|---|---|
| | Debtor(s) | Case No. |
| | | Chapter    7 |

# DECLARATION CONCERNING DEBTOR'S SCHEDULES - AMENDED

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **April 1, 2014**

Signature _____

Daniel P. Camara
Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.