UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: )<br>)<br>DANIEL P. CAMARA, )<br>)<br>)<br>Debtor ) | Chapter 7<br>Case No. 14-11306 FJB |

### DEBTOR'S MOTION TO AMEND SCHEDULES B AND C

The Debtor in the above captioned case hereby moves to amend Schedules B and C for those originally filed and/or amended. Copies of said Amended filings are attached hereto. .

                The Debtor
                By his attorney,

                /s/ Elton Watkins III
                Elton Watkins III, BBO #517400
                126A Pleasant Valley Street
                Methuen, MA 01844
                978-686-9823

**May 22, 2014**

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **In re:** ) | |
| ) | |
| **DANIEL P. CAMARA** ) | |
| ) | |
| ) | **Chapter 7** |
| **Debtor** ) | **Case No. 14-11306 FJB** |
| ) | |

## CERTIFICATE OF SERVICE

I, Elton Watkins III, hereby certify that on the      day of May, 2014 a true and correct copy of the **DEBTOR'S MOTION TO AMEND SCHEDULES B AND C** was electronically filed with the Court and mailed first class, postage prepaid, to all parties listed upon the attached Service List, not deemed to have consented to electronic notice or service

/s/ Elton Watkins III
Elton Watkins III
126A Pleasant Valley St.
Methuen, MA 01844
B.B.O. 517400
978-686-9823

## SERVICE LIST

Bank of America
4161 Piedmont Pkwy
Greensboro, NC 27410

Bartel Dental Center
c/o American Profit Recovery
34405 West 12 Mile Rd.
Suite 379
Farmington, MI 48331

BMG Music Services
2675 E Service Road
Oklahoma City, OK 73135

Boch New to You
1201 Boston Providence Turnpike
Norwood, MA 02062

Chase
PO Box 901076
Fort Worth, TX 76101

Chase Bank USA, NA
201 N. Walnut Street/ DE1-1027
Wilmington, DE 19801

Collection
10550 Deerwood Park Blvd
Jacksonville, FL 32256

Collection
30 Massachusetts Ave
North Andover, MA 01845

Columbia Gas of Massachusetts
PO Box 742514
Cincinnati, OH 45274

Commerce Insurance
211 Main Street
Webster, MA 01570

Dell Financial Services
Dell Financial Services Attn: Bankrupcty
Po Box 81577
Austin, TX 78708

Discover Financial
P.O. Box 15316
Wilmington, DE 19850

GECRB/Lowes Pc
Attn:Bankruptcy
Po Box 103104
Roswell, GA 30076

HSBC BANK
PO BOX 52530
Schaumburg, IL 60196

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101

John Coyne, Esq.
651 Orchard Street
Suite 312
New Bedford, MA 02744

Johnson and Pham
6355 Topanga Canyon Boulevard
Woodland Hills, CA 91367

Kay Jewelers
375 Ghent Road
Akron, OH 44333

Lustig. Glaser & Wilson, P.C.
PO BOX 549287
Waltham, MA 02454

LVNV Funding LLC
PO Box 740281
Houston, TX 77274

Massachusetts DOR
100 Cambridge Street
PO Box 9494
MA 02214

Medical Security Program
PO Box 859251
Braintree, MA 02185

National Grid
Customer Service Center
PO Box 960
Northborough, MA 01532

New England Tech
2500 Post Road
Warwick, RI 02886

Portfolio Recovery
Attn: Bankruptcy
Po Box 41067
Norfolk, VA 23541

Premier Credit
PO Box 19309
Indianapolis, IN 46219

RMS
PO Box 20543
Lehigh Valley, PA 18002

Ryan Welter MD
675 Paramount Drive
Raynham, MA 02767

Safe Home Security
c/o Frank J. Maier
500 Main Street
Suite 580
Worcester, MA 01608

Santander Bank
865 Brook Street
Rocky Hill, CT 06067

Sears/cbna
Po Box 6189
Sioux Falls, SD 57117

Taunton Municipal Light Plant
PO Box 870
Taunton, MA 02780

Taunton Radiology Associates
PO Box 9137
Brookline, MA 02446

Taunton Water Department
15 Summer Street
Taunton, MA 02780

Tiger Gld Cd
Po Box 94498
Las Vegas, NV 89193

Weisfield Jewelers/Sterling Jewelers Inc
Attn: Bankruptcy
Po Box 1799
Akron, OH 44309

Wells Fargo Hm Mortgage
8480 Stagecoach Cir
Frederick, MD 21701

Wells Fargo Home Mortgage
7495 New Horizon Way
Frederick, MD 21703

Wells Fargo National Bank
PO Box 94498
Las Vegas, NV 89193

In re  **Daniel P. Camara** , Case No. _____
Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Misc Items, 245 Freemont Street, Taunton, MA | J | 3,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Misc Items, 245 Freemont Street, Taunton, MA | J | 2,000.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total > **5,000.00**
(Total of this page)

__2__ continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

In re  **Daniel P. Camara**                                                      Case No. _____
                                               Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >      0.00
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

In re  **Daniel P. Camara** , Case No. _____
Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2004 Caddilac CTS** | J | 2,500.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Settlement proceeds from Culik Law PC** | - | 2,000.00 |

|   |   |
|---|---|
| Sub-Total > (Total of this page) | 4,500.00 |
| Total > | 9,500.00 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

In re   **Daniel P. Camara**                                               Case No. _____
                             Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:   ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                   $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter*
■ 11 U.S.C. §522(b)(2)                                                     *with respect to cases commenced on or after the date of adjustment.)*
☐ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Household Goods and Furnishings** | | | |
| Misc Items, 245 Freemont Street, Taunton, MA | 11 U.S.C. § 522(d)(3) | 3,000.00 | 3,000.00 |
| **Wearing Apparel** | | | |
| Misc Items, 245 Freemont Street, Taunton, MA | 11 U.S.C. § 522(d)(3) | 2,000.00 | 2,000.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 2004 Caddilac CTS | 11 U.S.C. § 522(d)(2) | 2,500.00 | 2,500.00 |
| **Other Personal Property of Any Kind Not Already Listed** | | | |
| Settlement proceeds from Culik Law PC | 11 U.S.C. § 522(d)(5) | 2,000.00 | 2,000.00 |
| | Total: | **9,500.00** | **9,500.00** |

__0__ continuation sheets attached to Schedule of Property Claimed as Exempt

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Massachusetts

In re __Daniel P. Camara__

Debtor(s)

Case No. _____

Chapter __7__

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date __May 22, 2014__          Signature  /s/ Daniel P. Camara

Daniel P. Camara
Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.